1  Todd C. Atkins (SBN 208879)
   tatkins@atkinsdavidson.com
2  ATKINS & DAVIDSON, APC
   2261 Rutherford Road
3  Carlsbad, CA 92008
   Tel: 619.665.3476
4
   Matthew M. Wawrzyn (*pro hac vice* pending)
5  *matt@wawrzynlaw.com*
   WAWRZYN LLC
6  2700 Patriot Blvd, Suite 250
   Glenview, IL 60026
7  Telephone:  847.656.5848

8  *Attorneys for Aftechmobile Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| AFTECHMOBILE INC., | Case No. 3:19-cv-05902 (DMR) |
|---|---|
| Plaintiff, | **NOTICE OF PENDENCY OF OTHER ACTION INVOLVING SAME PATENT** |
| v. | |
| APPLE INC., | |
| Defendant. | |

Pursuant to Patent Local Rule 2-1, plaintiff Aftechmobile Inc. hereby gives notice that the following action, filed within two years of this action by the same plaintiff, concerns the same patent as this action:

- *Aftechmobile Inc. v. Salesforce.com, Inc.*, Case No. 3:19-cv-05903 (EMC)

Date: September 30, 2019

*/s/ Todd Atkins*
Todd C. Atkins (SBN 208879)
tatkins@atkinsdavidson.com
ATKINS & DAVIDSON, APC
2261 Rutherford Road
Carlsbad, CA 92008
Tel: 619.665.3476

Matthew M. Wawrzyn (*pro hac vice* pending)
*matt@wawrzynlaw.com*
WAWRZYN LLC
2700 Patriot Blvd, Suite 250
Glenview, IL 60026
Telephone: 847.656.5848

*Attorneys for Aftechmobile Inc.*