| | |
|---|---|
| Jason M. Richardson (SBN 250916) | Todd C. Atkins (SBN 208879) |
| *jmrichardson@shb.com* | tatkins@atkinsdavidson.com |
| SHOOK, HARDY & BACON L.L.P. | ATKINS & DAVIDSON, APC |
| One Montgomery, Suite 2600 | 2261 Rutherford Road |
| San Francisco, CA 94104 | Carlsbad, CA 92008 |
| | Tel: 619.665.3476 |
| Attorneys for Defendant | Matthew M. Wawrzyn (*pro hac vice* pending) |
| APPLE INC. | *matt@wawrzynlaw.com* |
| | WAWRZYN LLC |
| | 2700 Patriot Blvd, Suite 250 |
| | Glenview, IL 60026 |
| | Telephone: 847.656.5848 |
| | |
| | Attorneys for Plaintiff |
| | AFTECHMOBILE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AFTECHMOBILE INC. | ) |
| Plaintiff, | ) CASE NO.: 4:19-cv-05902-JST |
| v. | ) |
| | ) **AND ORDER** |
| APPLE INC., | ) **JOINT STIPULATION TO CONTINUE** |
| | ) **CASE MANAGEMENT CONFERENCE** |
| Defendant. | ) **AND TO EXTEND PLAINTIFF'S** |
| | ) **RESPONSE BRIEF** |

Plaintiff Aftechmobile Inc. ("Plaintiff") and Defendant Apple Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate as follows pursuant to Civil L.R. 6-2:

WHEREAS, Defendant was served with the Summons and Complaint on November 4, 2019 (Declaration of Todd Atkins attached as Exhibit A);

WHEREAS, Defendant's response to the Complaint was initially due on or before November 25, 2019 (Ex. A);

WHEREAS, Plaintiff and Defendant stipulated that Defendant shall have an extension to respond to Plaintiff's Complaint, such that its answer or other response to the complaint became due on or before January 9, 2020;

WHEREAS, Plaintiff and Defendant met and conferred regarding various objections Defendant identified with respect to the Complaint, and Plaintiff agreed to amend the Complaint to address these objections (Ex. A);

WHEREAS, Plaintiff amended the complaint, and Defendant moved to dismiss. Plaintiff's current date to respond to the motion to dismiss is March 4, 2020.

WHEREAS, Plaintiff has asserted the patents-in-suit against Salesforce.com, Inc. ("Salesforce") in a related case before your Honor, Case No. 4:19-cv-05903-JST. Plaintiff also amended the complaint against Salesforce, and Salesforce must answer or otherwise respond by March 11, 2020. The case management conference in the Salesforce case is set for March 31, 2020, with joint case management statement due March 24, 2020.

WHEREAS, Plaintiff and Defendant would like to conform this case schedule with the Salesforce case schedule as follows: (i) extend Plaintiff's response date to March 18, 2020, after the Salesforce answer date; (ii) continue the case management conference from March 10, 2020 to March 31, 2020; and (iii) extend Defendant's reply date in support of the motion to dismiss to April 1, 2020.

WHEREAS, this Stipulation would conserve judicial resources, scheduling one case management conference for two cases that have many overlapping issues involving the same patents.

NOW, THEREFORE, IT IS HEREBY AGEEED AND STIPULATED by and between the Parties, through their respective counsel, that Plaintiff shall have up to and including March 18, 2020, to respond to the motion to dismiss, that Defendant shall have up to and including April 1, 2020 to file a reply brief. Further, the parties jointly submit that, given that the Court set the initial case management conference for March 31, 2020 in the Salesforce case (Ex. A), good cause would support an order approving this stipulation continuing the CMC in this case to March 31, 2020.

Dated:  February 25, 2020			SHOOK, HARDY & BACON L.L.P.


					By: */s/Jason M. Richardson*

					Attorney for Defendant
					APPLE INC.

Dated:  February 25, 2020			ATKINS & DAVIDSON, APC


					By: */s/Todd Atkins*

					Attorney for Plaintiff
					AFTECHMOBILE INC.

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Todd C. Atkins, attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of February 2020, at San Diego, California.


					*/s/ Todd Atkins*
					Todd C. Atkins

1 **PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

2 It is further ordered that the hearing on Defendant's motion to dismiss is continued from March 25, 2020, to May 6, 2020.

_____
The Honorable Jon S. Tigar
Dated: February 27, 2020